PACKARD v. JOHNSON.

No. 8550; November 27, 1885.

8 Pac. 823.

In bank.

By the COURT.—Upon the authority of Packard v. Moss, 68 Cal. 189, 8 Pac. 818, the judgment and order are affirmed.